# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1553. JOAN WESLEY USHER v. FRANK O'CONNELL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE GEORGIA DEPARTMENT OF REVENUE.**

The Georgia Department of Revenue issued assessments and demands for payments to Joan Wesley Usher, and the Georgia Tax Tribunal upheld the assessments and demands upon Usher's challenge thereto. Usher then filed in superior court a petition for review of the Georgia Tax Tribunal's decision. The superior court dismissed the petition for review, and Usher filed this direct appeal. The appellee has filed a motion to dismiss the appeal, arguing that Usher was required to comply with the discretionary appeals procedure. We agree.

Under OCGA § 5-6-35 (a) (1), a discretionary application is required from superior court orders "reviewing decisions of . . . state and local administrative agencies[.]" "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Usher's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal. See *Best Tobacco, Inc. v. Dept. of Revenue*, 269 Ga. App. 484 (604 SE2d 578) (2004).

For the foregoing reasons, the appellee's motion to dismiss this appeal is hereby GRANTED, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   04/25/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*